IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOVEPREET SINGH : | |
|         Petitioner, : | CIVIL ACTION |
| : | |
| v. : | NO. 25-3524 |
| : | |
| WARDEN OF PHILADELPHIA FEDERAL : | |
| DETENTION CENTER : | |
|         Respondent. : | |

## ORDER

**AND NOW**, this 6th day of January, 2026, upon consideration of the docket in this case and upon indication that Petitioner is no longer in custody, it is hereby **ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 1) is dismissed without prejudice.

BY THE COURT:

/s/ Catherine Henry
_____
**CATHERINE HENRY, J.**